FILED

OCT 21 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF:                       No CV-09-80138 MISC VRW

Kenneth Brian Rodman,
                                        ORDER
    State Bar No 72412

_____/

    On July 2, 2009, the court issued an order to show cause (OSC) why Kenneth Brian Rodman should not be removed from the roll of attorneys authorized to practice law before this court, based upon his inactive enrollment pursuant to Rule 9.21 of the California Rules of Court, effective May 6, 2009.

    The OSC was mailed to Mr Rodman's address of record with the State Bar on July 7, 2009. A written response was due on or before August 11, 2009. No response to the OSC has been filed as of this date.

    The court now orders Kenneth Brian Rodman removed from the roll of attorneys authorized to practice before this court. The clerk is directed to close the file.

    IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

In the matter of:

Kenneth Brian Rodman,

Case Number: C09-80138 VRW

**CERTIFICATE OF SERVICE**

_____/

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 21, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Kenneth Brian Rodman
2277 Townsgate Road, Ste 212
Westlake Village, CA 91361


Dated: October 21, 2009

Richard W. Wieking, Clerk
By: Cora Klein, Deputy Clerk